UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>TD BANK,<br><br>                    Defendant. | 24 Civ. 9832 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 10, 2025, the Court granted Plaintiff Michael Buxbaum leave to file a second amended complaint to address deficiencies with his initial filings (Dkt. #1, 3), including subject matter jurisdiction and the propriety of venue in this District (Dkt. #12).  Plaintiff's second amended complaint, if any, must be filed on or before **May 9, 2025**.

On March 27, 2025, and March 28, 2025, Plaintiff filed three affidavits. (Dkt. #19-21).  These affidavits are not responsive to the issues raised by the Court in its March 10, 2025 Order.  The third of these affidavits, which contains the caption and case number of this case but appears to be directed to Judge Subramanian, includes an appalling threat of violence.  (Dkt. #21).

This Court is aware that Plaintiff has filed dozens of cases in this District, including a case currently before Judge Subramanian.  *See Buxbaum v. Buxbaum,* 25 Civ. 457, Dkt. #36 (S.D.N.Y.).  Plaintiff's conduct in that case has been similarly appalling; there, Plaintiff threatened the lives of some of the same individuals threatened in the affidavit in this action.  *Id.*  While the submissions to Judge Subramanian were longer, this Court has the same

reaction. If Plaintiff files any further submissions containing comparable threats, this case will be immediately dismissed with prejudice, with a bar on any further filings in this jurisdiction and a required notice to be filed in all cases outside of this jurisdiction of Plaintiff's conduct. This letter and the attached affidavit have been sent to the United States Marshal's Service for any action that they deem appropriate.

Finally, the conference currently scheduled for **April 15, 2025, at 3:30 p.m.** is adjourned *sine die*, and will be rescheduled by the Court after the time for Plaintiff to file his second amended complaint has expired.

SO ORDERED.

Dated: April 9, 2025
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge