**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Buxbaum, )
      Plaintiff )

  -against- )    Case No. 1:24-cv-09832

TD Bank )
      Defendant )

                                 **Notice of Motion**

PLEASE TAKE NOTICE that upon the sworn statement of Plaintiff Michael Buxbaum dated March 28, 2025, Plaintiff, Michael Buxbaum will move before this Court at United States Courthouse, 500 Pearl Street, in the City of New York, County of New York and State of New York on April 21, 2025 or as soon thereafter as the as Plaintiff, Michael Buxbaum may be heard for a ORDER granting Summary Judgement pursuant to Rule 56 for the Plaintiff, Michael Buxbaum, and granting such other and further relief as the court may deem just and proper.

From: Michael Buxbaum
7491 N Federal Hwy 125
Boca Raton, Florida 33487

```
Application DENIED.  Plaintiff's motion for summary judgment does
not comply with either Federal Rule of Civil Procedure 56 or Local
Civil Rule 56.1, in part because it fails to demonstrate the absence
of a genuine dispute of material fact.  Further, as stated in the
Court's April 9, 2025 Order, the next step in this case is for
Plaintiff to file an amended complaint on or before May 9, 2025.

The Clerk of Court is directed to terminate the pending motion at
docket entry 23.

                                     SO ORDERED.

Dated:    April 11, 2025
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```