UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Buxbaum, ) | **MEMO ENDORSED** |
| Plaintiff ) | |
| ) | |
| -against- ) | Case No. 1:24-cv-09832 |
| ) | |
| TD Bank ) | |
| Defendant ) | |

**Notice of Motion**

PLEASE TAKE NOTICE that upon the sworn statement of Plaintiff Michael Buxbaum dated March 28, 2025, Plaintiff, Michael Buxbaum will move before this Court at United States Courthouse, 500 Pearl Street, in the City of New York, County of New York and State of New York on April 21, 2025 or as soon thereafter as the as Plaintiff, Michael Buxbaum may be heard for a ORDER granting Summary Judgement pursuant to Rule 56 for the Plaintiff, Michael Buxbaum, and granting such other and further relief as the court may deem just and proper.

_____
From: Michael Buxbaum
7491 N Federal Hwy 125
Boca Raton, Florida 33487

Application DENIED. The above application appears to be identical to the application made by Plaintiff on April 8, 2025 (Dkt. #23), and denied by the Court on April 11, 2025 (Dkt. #24), except that the new application includes exhibits.

Plaintiff's motion for summary judgment does not comply with Local Civil Rule 56.1, in part because it is accompanied by no material facts. Further, as stated in the Court's April 9, 2025 Order (Dkt. #22), the next step in this case is for Plaintiff to file an amended complaint on or before **May 9, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated:    April 17, 2025          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE