UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

        -v.-

TD BANK,

                Defendant.

24 Civ. 9832 (KPF)

**BAR ORDER UNDER 28 U.S.C. § 1651**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff filed this action *pro se*. On August 19, 2025, the Court determined that Plaintiff's Third Amended Complaint was deficient and noted that Plaintiff had since filed at least 23 new cases in this District, all of which were deficient, and that he had continued to file papers in cases that were already dismissed as frivolous. (Dkt. #37). Accordingly, the Court ordered Plaintiff, within thirty days, to show cause by declaration why he should not be barred from filing any future civil action in this District without obtaining leave of court to file. (*Id.*). On October 1, 2025, upon learning that Plaintiff was in pre-trial detention in Rockland County, the Court granted a month-long extension for Plaintiff to submit his declaration. (Dkt. #38). More than a month has passed, and Plaintiff has not submitted a declaration as directed. Accordingly, the bar order will issue.

## CONCLUSION

    The Court hereby bars Plaintiff from filing any future civil actions — regardless of whether they are paid or *in forma pauperis* ("IFP") — in this Court without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651.

Plaintiff must attach a copy of his proposed complaint and a copy of this Order to any motion seeking leave to file.  The motion must be filed with the Pro Se Intake Unit of this Court.  If Plaintiff violates this Order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this Order.

Plaintiff is further warned that the continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties.  *See* 28 U.S.C. § 1651.  The Clerk of Court is directed to close this action and terminate any motions in this case.

The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at his address of record and note service on the docket.

SO ORDERED.

Dated: November 10, 2025
       New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge